## ANDREWS V. THE STATE.
(Decided November 27, 1913.)

APPEAL from Chambers Circuit Court.

Heard before Hon. S. L. BREWER.

JAMES W. STROTHER, and C. S. MOON, for appellant.

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—No error. Affirmed.

---

## AUTAUGA MERCANTILE CO. V. SMITH.
(Decided December 16, 1913.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## BAKER V. ALLEN.
(Decided November 18, 1913.)

APPEAL from Tallapoosa Circuit Court.

Heard before Hon. S. L. BREWER.

D. H. RIDDLE, for appellant. P. O. STEVENS, for appellee.

Per curiam. Appeal dismissed.

---

## BEAN V. THE STATE.
(Decided January 20, 1914.)

APPEAL from DeKalb Circuit Court.

Heard before Hon. W. W. HARALSON.

E. P. REID, for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

WALKER, P. J.—No error. Affirmed.